UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:<br>RONALD N. CLEVELAND,<br>and,<br>JENNIFER M. CELVELAND,<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   18-21619<br><br>Chapter: 13<br>Honorable LaShonda Hunt |

## ORDER GRANTING DEBTORS'
## MOTION TO INCUR DEBT AND SHORTEN NOTICE

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) The notice requirement under Rule 9006(c) and 4002(c)(2) for this Motion to Incur Debt from fourteen days to seven days.

2) The Debtors' are granted leave to incur debt in the amount $16,046.67 through the Secretary or Housing and Urban Development for the purpose of curing their mortgage default.

Enter: *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  July 15, 2019

**Prepared by:**

Michael R. Colter, II ARDC # 6304675
David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100