# CASTLE
## SUBARU · MITSUBISHI
5020 US HIGHWAY 6 • PORTAGE, IN 46368
PH: (219) 764-5020 • FAX: (219) 764-5021

Martorell

DATE: 10/24/2019
E-MAIL: _____
MILES: 57,?? ?
STOCK: _____
VIN: _____

SOLD TO: RONALD CLEVELAND
AND/OR: JENNIFER CLEVELAND
ADDRESS: 4014 Madison Avenue   CITY: Brookfield   IL   ZIP CODE: 60513
RES. PHONE: (312) 802-0739   BUS. PHONE: ( )

| PLEASE ENTER MY ORDER FOR | YEAR | MAKE | MODEL | BODY TYPE | COLOR | TRIM |
|---|---|---|---|---|---|---|
| ☐ NEW ☒ USED ☐ DEMO | 2016 | SUBARU | CROSSTREK | WAGON | BLACK | |

**OPTIONAL EQUIPMENT AND ACCESSORIES**
CODE _____  CODE _____

**DEALER INSTALLED ACCESSORIES**

All dealer and manufacturer incentives, including all rebates, are included in the cash price.

*TO THE NEGOTIATED CASH PRICE OF EACH VEHICLE, WE MAY ADD A DOCUMENTARY FEE FOR OUR COSTS AND OVERHEAD. A DOCUMENTARY FEE IS NOT AN OFFICIAL FEE. A DOCUMENTARY FEE IS NOT REQUIRED BY LAW, BUT MAY BE CHARGED TO BUYERS FOR HANDLING DOCUMENTS AND PERFORMING SERVICES RELATED TO CLOSING OF A SALE. A DOCUMENTARY FEE MAY NOT EXCEED $ 199.99 AND SHALL BE SUBJECT TO AN ANNUAL RATE ADJUSTMENT EQUAL TO THE PERCENTAGE OF CHANGE IN THE BUREAU OF LABOR STATISTICS CONSUMER PRICE INDEX. THE ONLY OTHER ADDITIONAL CHARGES PERMITTED ARE DEALER-ADDED OPTIONS, WARRANTY AND SERVICE CONTRACTS, INSURANCE AND THE ACTUAL COST OF LICENSE AND TITLE REGISTRATION AND TAXES. THIS NOTICE IS REQUIRED BY LAW.

NO STATEMENTS RELATING TO THE PRIOR USE OR CONDITION OF THE VEHICLE HAVE BEEN MADE BY ANY OF DEALER'S PERSONAL, AND I AM NOT RELYING ON ANY STATEMENTS, EXCEPT AS FOLLOWS (attach additional sheet if needed) _____. I acknowledge that I have read the terms and conditions (BOTH SIDES AND ANY RIDERS) and have received a copy of this Order (BOTH SIDES AND ANY RIDERS).

INITIAL: _____

**FOR USED VEHICLE SALES ONLY**, the information you see on the window sticker for the vehicle is part of the contract. Information on the window sticker overrides any contrary provisions in the contract of sale.

**FOR NEW VEHICLE SALES**, the only warranties applying to this vehicle are those offered by the Manufacturer. MANUFACTURER AND DEALER DO NOT WARRANT NON-MANUFACTURER PARTS, ACCESSORIES, OR CONVERSIONS TO THE VEHICLE. Unless you purchase an extended warranty or service contract, WE DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE.

INITIAL: _____

| CASH DELIVERY OF | |
|---|---|
| **VEHICLE BEING PURCHASED** | 18,377.00 |
| TRADE-IN ALLOWANCE | N/A |
| CASH DIFFERENCE | 18,377.00 |
| *PLUS DOCUMENTARY SERVICE FEE | 199.99 |
| PLUS SALES TAXES ON ABOVE ITEMS | 1,332.33 |
| LESS CREDITS TO CUSTOMERS FOR: | |
| APPLICABLE DISCOUNTS/REBATES: | N/A |
| OTHER TAXES | 505.37 |
| PLUS LICENSE/LICENSE TRANSFER/ TITLE/REGISTRATION FEES | 251.00 |
| TOTAL: | 20,665.69 |
| PLUS WARRANTY/SERVICE CONTRACT | N/A |
| PLUS EST. AMOUNT OWED ON TRADE IN | N/A |
| TOTAL: | 20,665.69 |
| LESS DEPOSIT | N/A |
| NET AMOUNT DUE FROM CUSTOMER | 20,665.69 |
| CASH ON DELIVERY | 1,000.00 |
| TO BE FINANCED | 19,665.69 |

**ABOUT TRADE-IN VEHICLE**
| YEAR | MAKE | MODEL | BODY STYLE | COLOR |
|---|---|---|---|---|
| N/A | | | | |

VIN: _____
LIC. PLATE NO: _____   MILEAGE: _____

FOR CREDIT SALES, THE REQUIRED INFORMATION AND DISCLOSURES CONTAINED ON THE RETAIL INSTALLMENT CONTRACT ARE A PART OF THIS ORDER. I SIGNED AND RECEIVED A COPY OF THE RETAIL INSTALLMENT CONTRACT WHEN I SIGNED THIS ORDER.

INITIAL: _____

I HAVE READ, SIGNED AND RECEIVED COPIES, IF APPLICABLE, OF THE **USED VEHICLE RIDER, IMMEDIATE DELIVERY RIDER**, AND/OR **OVERALLOWANCE ACKNOWLEDGEMENT** WHEN I SIGNED THIS ORDER. I AM AWARE OF THE **ARBITRATION PROVISIONS** ON THE REVERSE, AND AGREE THAT THEY ARE PART OF THIS ORDER.

INITIAL: _____

**FOR OFFICE ONLY**
CREDIT LIFE: N/A
HEALTH & ACCIDENT: N/A

**CUSTOMER SURVEY**
☐ Repeat Customer
☐ Customer Referral
☐ Newspaper
☐ Direct Mail
☐ Radio ☐ TV ☐ Other

By signing this Order you give us permission to contact you at the above-listed telephone number(s) during business hours, even if you have enrolled the number(s) in the National Do-Not-Call Registry. You may request at any time to be placed on Castle Subaru/Mitsubishi's "Do Not Call" List.

This Order is not binding until signed and accepted by our authorized representative.

We will not extend credit to you. **THIS ORDER SHALL NOT BE BINDING, AND WE SHALL NOT BE OBLIGATED TO SELL, UNTIL APPROVAL OF THE TERMS HEREOF IS GIVEN BY A FINANCING SOURCE WILLING TO PURCHASE A RETAIL INSTALLMENT CONTRACT BETWEEN THE PARTIES HEREOF BASED ON SUCH TERMS**, or for a cash deal until you make full payment of the Net Cash Due shown above within ___ days of the date hereof. For finance deals only, your cost of credit is disclosed in the retail installment contract you signed when you signed this Order. you agree to provide us with a full, correct, and complete application, supporting documents, and cooperate in obtaining financing, and if we are unable to arrange financing on the terms disclosed in the retail installment contract, you may cancel this Order and receive the return of your deposit and your Trade-In (unless it has been sold, in which event you shall receive the net amount we received on the sale, less our costs of reconditioning and selling it).

Date: 10/24/19   Customer's Signature: _____
Date: 10/24/19   Customer's Signature: _____

Accepted By: _____   Date: 10/24/19   Dealer's Authorized Representative

# CASTLE SUBARU MITSUBISHI
5020 US HWY 6 - PORTAGE, IN 46368
Phone: 219-764-5020

## Retail Disclosure

Purchase Date: 10/24/19
Salesperson: Michael Martorelli

Phone: 219-764-5020
Fax: 219-763-0531

**Buyer:**
RONALD CLEVELAND
4014 Madison Avenue
Brookfield, IL 60513

**Co-Buyer:**
JENNIFER CLEVELAND
4014 Madison Avenue
Brookfield, IL 60513

### Purchased Vehicle

| Stock # | Vehicle | Color | Miles | VIN |
|---|---|---|---|---|
|  | 2016 SUBARU CROSSTREK | BLACK | 57,253 |  |

### Itemization of Amounts Financed

| | | |
|---|---|---|
| **Selling Price** | Selling Price | $18,377.00 |
| **Back Adds** | ETCH | $0.00 |
| **Fees** | Documentation | $199.99 |
| | License | $101.00 |
| | Certificate of Title | $150.00 |
| **Taxes** | Tax 1 | $1,148.56 |
| | Tax 2 Chicago lease | $505.37 |
| | Tax 3 | $183.77 |
| | **Total Cash Price** | **$20,665.69** |

### Monies Received

| | | |
|---|---|---|
| **Trades** | Total Trade Allowance | $0.00 |
| | Total Trade Payoff | $0.00 |
| | Total Trade Net | $0.00 |
| **Down Payment** | Cash Deposit | $0.00 |
| | Cash Down Payment | $1,000.00 |
| | Deferred Cash | $0.00 |
| | **Total Credits** | **$1,000.00** |
| | Total Cash Price | $20,665.69 |
| | Total Credits (-) | $1,000.00 |
| | **Balance Due** | **$19,665.69** |

### Financing Terms

**Consumer Portfolio Services**

| | |
|---|---|
| 72 Monthly Payments of | $442.44 |
| Total Of Payments | $31,855.68 |
| Amount Financed | $19,665.69 |
| Finance Charge | $12,189.99 |
| APR | 17.45% |
| Effective APR | 17.45% |
| Term | 72 Months |
| Bank Fee (Pmt) | $0.00 |
| VSI Single Int. Prem (Pmt) | $0.00 |

